# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JUSTIN HILMAN,** an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * Case No. 1:23-cv-14040 * |
| **EBERT-ZARACK REAL ESTATE PARTNERS LLC,** a limited liability company, | * * * * |
| DEFENDANT. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Justin Hilman hereby gives notice that this action is voluntarily dismissed. Defendant has not filed an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action.

Dated this 20th day of December, 2023.

        Respectfully submitted,

        By: /s/ Ryan D. Johnson, Esq.
        Counsel for Plaintiff
        Bar No.: 6304561

Ryan D. Johnson, Esq.
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
Telephone: (224) 548-0855
Email: rjohnsonada@gmail.com

1