# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Justin Hilman

                        Plaintiff,

v.                                               Case No.: 1:23−cv−14040
                                                            Honorable Jorge L. Alonso

Ebert−Zarack Real Estate Partners LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 21, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: A notice of voluntary dismissal has been filed. This case is dismissed without prejudice. Status hearing date of 1/11/24 is stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.